JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON LATRELL THOMAS, ) No. EDCV 18-1605 CAS (FFM)
        Petitioner, )
  v. ) **JUDGMENT**
DEBBIE ASCUNION, )
        Respondent. )

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

    IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: August 20, 2018

                                Christina A. Snyder
                                United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
United States Magistrate Judge